Name, Address and Telephone Number of Attorney(s):

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83103)/ARJUN P. RAO
(SBN 265347)/JULIETA STEPANYAN (SBN 280691)
2029 Century Park East, Los Angeles, CA 90067
Tel: 310-556-5800  Fax: 310-556-5959

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA REGANYAN, etc., <br><br> v. <br><br> Plaintiff(s) <br><br> CHASE BANK USA, N.A. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:15-cv-03981-CBM-RAO <br><br> **REQUEST:** <br> **ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☒ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: October 12, 2015          /s/ (signature) / em
                                 Attorney for Plaintiff Tina Reganyan

Dated: _____          _____
                                 Attorney for Plaintiff

Dated: October 12, 2015          /s/ Arjun P. Rao
                                 Attorney for Defendant Chase Bank USA, N.A.

Dated: _____          _____
                                 Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2015, a copy of the foregoing **REQUEST: ADR PROCEDURE SELECTION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

              */s/ Arjun P. Rao*
               Arjun P. Rao

LA 51920469