AZADIAN LAW GROUP, PC
GEORGE S. AZADIAN (SBN 253342)
EDRIK MEHRABI (SBN 299120)
790 E. Colorado Blvd., 9th Floor
Pasadena, California 91101
Ph.:     (626) 449-4944
Fax:     (626) 628-1722
Email: George@azadianlawgroup.com

Attorney for Plaintiff,
    TINA REGANYAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA REGANYAN, an individual | CASE NO.  15-cv-3981 |
| Plaintiff, | Hon. Consuelo B. Marshall |
| v. | **NOTICE OF SETTLEMENT** |
| CHASE BANK USA, N.A., | |
| Defendant. | |

1    Pursuant to Local Rule 16-15.7, Plaintiff Tina Reganyan hereby submits this

2  Notice of Settlement to notify they Court that the lawsuit has been settled and to

3  request 35 days in which to file the dismissal.

4

5  Dated: November 24, 2015          Respectfully submitted,

6
                                     AZADIAN LAW GROUP, PC
7
                                By: /s/ George S. Azadian
8                                    _____
                                     George S. Azadian
9                                    Attorney for Plaintiff TINA REGANYAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**NOTICE OF SETTLEMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2015, a copy of the foregoing **NOTICE OF SETTLEMENT** was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

/s/ George S. Azadian
George S. Azadian

-2-

**NOTICE OF SETTLEMENT**