UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 15-3981-CBM(RAOx)** | Date | JANUARY 11, 2016 |
|---|---|---|---|

| Title | TIA REGANYAN v. CHASE BANK USA, N. A.., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)**   **ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the stipulation for dismissal with prejudice filed on December 11, 2015 [18], this case is now dismissed with prejudice and closed.

All pending hearings are now taken off calendar.

IT IS SO ORDERED.